

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| CHRISTOPHER JASON LONG (01) | 4-22CR-307-O |

## INFORMATION

The United States Attorney Charges:

### Count One
### Sexual Exploitation of a Child
(Violation of 18 U.S.C. §§ 2251(a) and (e))

On or about March 26, 2022, in the Northern District of Texas, defendant, **Christopher Jason Long**, did knowingly use, persuade, induce, entice, and coerce a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and the visual depiction was transported using any means and facility of interstate and foreign commerce, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate or foreign commerce by any means, including by computer.

Specifically, the Internet and a Motorola G Pure cellular telephone, IMEI number 356676303707001, was used to transport and produce the following visual depiction of a minor engaged in sexually explicit conduct:

| File Name | File Description |
| --- | --- |
| CARVED atp81.jpeg | An image file that depicts Minor Victim 1 inserting a purple object into her vagina. |

In violation of 18 U.S.C. §§ 2251(a) and (e).

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*/s/ BWade*

BRANDIE WADE
Assistant United States Attorney
State Bar of Texas No. 24058350
801 Cherry Street
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
E-mail: Brandie.Wade@usdoj.gov

Information – Page 2